```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 13-05998-JJT
Michelle L. Hummel                                                        Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 1              Date Rcvd: Aug 30, 2016
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
4471296        +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Chrisovalante Fliakos    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              ECMC    aamarteifio@ecmc.org
              Jerome B Blank    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As
               Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders
               of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              John Anthony DiGiamberardino    on behalf of Debtor Michelle L. Hummel jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              Joseph P Schalk    on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
               bkmail@rosicki.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-05998-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Michelle L. Hummel
144 Arnot St.
Saint Clair PA 17970

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/29/2016.

Name and Address of Alleged Transferor(s):

Claim No. 11: Bank of America, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106

Name and Address of Transferee:

Federal National Mortgage Association
creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047
Federal National Mortgage Association
creditor c/o Seterus, Inc.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/01/16

Terrence S. Miller
**CLERK OF THE COURT**