UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE HUMMEL : CHAPTER 13
    Debtor(s) : CASE NO. 5-13-05998

## CERTIFICATE OF SERVICE

I, John A. DiGiamberardino, Esquire, attorney for debtor, certify that I served a true and correct copy of Application for a Wage Order and proposed Order upon the following at the address listed below, by first class mail, on February 7, 2018:

Geisinger Health System
100 North Academy Ave.
Danville, PA 17822

                                  **CASE & DIGIAMBERARDINO, P.C.**

                    By:    s/John A. DiGiamberardino, Esquire
                            Attorney I.D. #41268
                            845 N. Park Road
                            Wyomissing, PA 19610
                            (610) 372-9900
                            (610) 372-5469 - fax
                            Attorney for debtor