```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 13-05998-JJT
Michelle L. Hummel                                                Chapter 13
           Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5         User: DDunbar          Page 1 of 1          Date Rcvd: Feb 07, 2018
                             Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
         +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Chrisovalante Fliakos    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
           Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
          ECMC    aamarteifio@ecmc.org
          Heather Stacey Riloff    on behalf of Creditor   Federal National Mortgage Association
           heather@mvrlaw.com, Michelle@mvrlaw.com
          Jeniece Davis    on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Jerome B Blank    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As
           Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders
           of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
          John Anthony DiGiamberardino    on behalf of Debtor 1 Michelle L. Hummel jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          Joseph P Schalk    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
           Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L jschalk@barley.com,
           sromig@barley.com
          Joseph P Schalk    on behalf of Creditor   BANK OF AMERICA, N.A. jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
           bkmail@rosicki.com
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13
```

IN RE:

MICHELLE HUMMEL : CHAPTER 13
  Debtor(s) : CASE NO. 5-13-05998

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING CHAPTER 13 TRUSTEE**

Michelle Hummel, debtor
S.S. #XXX-XX-8744

Employer's name: Geisinger Health System
100 North Academy Ave.
Danville, PA 17822

The future earnings of the above-named debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the debtor's Chapter 13 Plan,

NOW, THEREFORE, the employer of the debtor is hereby ordered to deduct from the wages of the debtor, beginning with the next pay period following the receipt of this Order, the sum of $139.91 bi-weekly for 22 pay periods.

The employer shall continue said deductions until further order of the Court and shall remit all monies withheld from the debtor's wages at least monthly, or more frequently if inconvenient, to the Chapter 13 Trustee, Charles J. DeHart, III, Esquire.

Make checks payable to and remit withholdings
to: Charles J. DeHart, III, Esquire
Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA 17604

Dated: February 07, 2018        By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)