```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                           Case No. 13-05998-JJT
Michelle L. Hummel                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5       User: TWilson            Page 1 of 1         Date Rcvd: Jun 18, 2018
                           Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db            +Michelle L. Hummel,    144 Arnot St.,    Saint Clair, PA 17970-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Chrisovalante Fliakos    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              ECMC    aamarteifio@ecmc.org
              Heather Stacey Riloff    on behalf of Creditor   Federal National Mortgage Association
               heather@mvrlaw.com, Michelle@mvrlaw.com
              Jeniece Davis    on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jerome B Blank    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As
               Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders
               of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              John Anthony DiGiamberardino    on behalf of Debtor 1 Michelle L. Hummel jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              Joseph P Schalk    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor   BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
               bkmail@rosicki.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | : | |
| Michelle L. Hummel | : | Bky No. 13-05998 JJT |
| Debtor | : | |
| Seterus, Inc., as the authorized subservicer for | : | Chapter 13 |
| Federal National Mortgage Association | : | |
| ("Fannie Mae"), creditor | : | |
| Movant | : | |
| Michelle L. Hummel | : | |
| Charles J. DeHart, III, Trustee | : | |
| Respondents | | |

## ORDER

It is hereby **ORDERED,** that the stipulation ( docket 81) is **APPROVED.**

Dated: June 18, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)