```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-05998-JJT
Michelle L. Hummel                                                  Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar           Page 1 of 1              Date Rcvd: Nov 15, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
              +Geisinger Health System,    Attn: Payroll Dept.,   100 North Academy Ave.,
                Danville, PA 17822-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Chrisovalante Fliakos    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              ECMC    aamarteifio@ecmc.org
              Heather Stacey Riloff    on behalf of Creditor    Federal National Mortgage Association
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jerome B Blank    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, As
               Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders
               of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
              John Anthony DiGiamberardino    on behalf of Debtor 1 Michelle L. Hummel jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              Joseph P Schalk    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The
               Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor     BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Khurram Ishaq    on behalf of Creditor    Bank of America, N.A. khurram.ishaq@bankofamerica.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Thomas I Puleo    on behalf of Creditor     BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELLE L. HUMMEL, : Chapter 13
       debtor : Case No. 5-13-05998

**ORDER DIRECTING EMPLOYER TO TERMINATE WAGE DEDUCTION FOR REMITTANCE TO STANDING CHAPTER 13 TRUSTEE**

Michelle L. Hummel, debtor
S.S. #XXX-XX-8744

Employer name and address:

Geisinger Health System
Attn: Payroll Dept.
100 North Academy Ave.
Danville, PA 17822

  It appearing that the debtor has completed all necessary Plan payments to the Chapter 13 Trustee, it is ORDERED that the wage order dated 2/7/18 is terminated and debtor's employer is directed to cease attaching debtor's wages as of the date of this Order.

Dated: November 14, 2018    By the Court,

                  _____
                  John J. Thomas, Bankruptcy Judge (RPR)