## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MICHELLE L. HUMMEL                        Case No.: 5-13-05998-JJT
                                                                      Chapter 13

                Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | BANK OF AMERICA |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 4101 |
| Property Address if applicable: | 144 ARNOT STREET, SAINT CLAIRE, PA  17970 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7981.20 |
| b. | Prepetition arrearages paid by the Trustee: | $7981.20 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $7,981.20 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 20, 2018            Respectfully submitted,

                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

| | |
|---|---|
| MICHELLE L. HUMMEL | Case No.: 5-13-05998-JJT |
| | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN A. DIGIAMBERARDINO, ESQ.<br>845 NORTH PARK ROAD<br>SUITE 101<br>WYOMISSING PA, 19610 | SERVED ELECTRONICALLY |
| BANK OF AMERICA, N.A.<br>ATTN: BANKRUPTCY DEPT/MAIL STOP CA6-09-01-23<br>450 AMERICAN STREET<br>SIMI VALLEY, CA, 93065 | SERVED BY 1ST CLASS MAIL |
| MICHELLE L. HUMMEL<br>144 ARNOT ST.<br>SAINT CLAIRE, PA 17970 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: November 20, 2018 | s/ Donna Schott<br>Charles J. DeHart, III, Trustee<br>Standing Chapter 13 Trustee<br>Suite A, 8125 Adams Drive<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>Fax: (717) 566-8313<br>eMail: dehartstaff@pamd13trustee.com |