UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHELLE L. HUMMEL                               Case No.: 5-13-05998-JJT
                                                 Chapter 13

           Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name:                          SETERUS
Court Claim Number:                     11
Last Four of Loan Number:               1733
Property Address if applicable:         144 ARNOT STREET, SAINT CLAIRE, PA  17970

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                            $1089.37
b. Prepetition arrearages paid by the Trustee:                                $1089.37
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                           $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                   $0.00
e. Allowed postpetition arrearage:                                            $0.00
f. Postpetition arrearages paid by the Trustee:                               $0.00
g. Total b, d, f:                                                             $1,089.37

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 20, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    MICHELLE L. HUMMEL                         Case No.: 5-13-05998-JJT
                                                              Chapter 13

         Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JOHN A. DIGIAMBERARDINO, ESQ.         SERVED ELECTRONICALLY
845 NORTH PARK ROAD
SUITE 101
WYOMISSING PA, 19610


FEDERAL NATIONAL MORTGAGE ASSOCIATION   SERVED BY 1ST CLASS MAIL
C/O SETERUS, INC
PO BOX 1047
HARTFORD, CT, 06143-1047


MICHELLE L. HUMMEL                             SERVED BY 1ST CLASS MAIL
144 ARNOT ST.
SAINT CLAIRE, PA 17970


I certify under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2018                       s/   Donna Schott
                                                                 Charles J. DeHart, III, Trustee
                                                                  Standing Chapter 13 Trustee
                                                                  Suite A, 8125 Adams Drive
                                                                  Hummelstown, PA  17036
                                                                  Phone:  (717) 566-6097
                                                                  Fax:  (717) 566-8313
                                                                  eMail: dehartstaff@pamd13trustee.com