Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK, CLERK U.S. BANKRUPTCY COURT                                             Check No. 1195016
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-00304-JJT | 004-0 | TIMOTHY P. WATSON<br>Original Check written to:<br>FIRST NIAGRA BANK, NA<br>4224 RIDGE LEE ROAD<br>BUFFALO, NY 14226- | 3567 | 55,834.62 | 42.84 | 0.00 | 42.84 |
| 13-02801-JJT | 999-0 | THOMAS A. WALSH<br>Original Check written to:<br>THOMAS A. WALSH and MICHELLE A. WALSH<br>703 NORTH MILLER STREET<br>ARCHBALD, PA 18403 | | 0.00 | 29.54 | 0.00 | 29.54 |
| 13-04067-JJT | 004-0 | ANTHONY JOSPEH NEVINS<br>Original Check written to:<br>RJM ACQUISITIONS<br>P.O. BOX 1160<br>SYOSSET, NY 11791-0489 | 3249 | 95.71 | 5.02 | 0.00 | 5.02 |
| 13-05480-HWV | 003-0 | SONJA S. FERRELL<br>Original Check written to:<br>RJM ACQUISITIONS<br>P.O. BOX 1160<br>SYOSSET, NY 11791-0489 | 1007 | 49.23 | 7.53 | 0.00 | 7.53 |
| 13-05569-HWV | 004-0 | RUSSELL J. BINGAMAN<br>Original Check written to:<br>HEALTH CARE FINANCIAL SERVICES OF TEAMHEALTH<br>AKRON BILLING CENTER<br>3585 RIDGE PARK DR<br>AKRON, OH 44333- | 9772 | 0.00 | 249.68 | 0.00 | 249.68 |
| 13-05998-JJT | 004-0 | MICHELLE L. HUMMEL<br>Original Check written to:<br>AMERICAN CREDIT EXCHANGE<br>5920 S. RAINBOW BLVD<br>LAS VEGAS, NV 89118- | 4405 | 6,243.70 | 10.64 | 0.00 | 10.64 |

Case 5:13-bk-05998-JJT    Doc 97    Filed 12/13/18    Entered 12/13/18 11:06:26    Desc
Main Document    Page 1 of 1