In re:  Case No. 13-05998-RNO
Michelle L. Hummel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: DDunbar  Page 1 of 1  Date Rcvd: Mar 20, 2019
                    Form ID: fnldec  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db         +Michelle L. Hummel,   144 Arnot St.,   Saint Clair, PA 17970-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Chrisovalante Fliakos   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
          ECMC   aamarteifio@ecmc.org
          Heather Stacey Riloff   on behalf of Creditor   Federal National Mortgage Association heather@mvrlaw.com, Michelle@mvrlaw.com
          Jeniece Davis   on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Jerome B Blank   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L pamb@fedphe.com
          Jerome B Blank   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM pamb@fedphe.com
          Jerome B Blank   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY L pamb@fedphe.com
          John Anthony DiGiamberardino   on behalf of Debtor 1 Michelle L. Hummel jad@cdllawoffice.com, dmk@cdllawoffice.com
          Joseph P Schalk   on behalf of Creditor   BANK OF AMERICA, N.A. jschalk@barley.com, sromig@barley.com
          Joseph P Schalk   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As Successor Trustee To JPMorgan Chase Bank, N.A., As Trustee On Behalf of The Certificateholders of The CWHEQ Inc., CWHEQ Revolving Home Equity L jschalk@barley.com, sromig@barley.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Khurram Ishaq   on behalf of Creditor   Bank of America, N.A. khurram.ishaq@bankofamerica.com
          Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association bkmail@rosicki.com
          Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michelle L. Hummel,    Chapter    13

**Debtor 1**

Case No.    5:13–bk–05998–RNO

Social Security No.:
xxx–xx–8744

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 20, 2019    By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)